**BROWN**, Respondent, v. **NEW YORK LIFE INS. CO.**, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Edwin N. Brown against the New York Life Insurance Company. L. H.

Cooke, of New York City, for appellant. J. T. Cashman, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.